WILLIAMS *v.* THE EVANSVILLE, INDIANAPOLIS, AND CLEVE-
LAND STRAIGHT LINE RAILROAD COMPANY.

CROSSLAND *v.* THE SAME.

SLINKARD *v.* THE SAME.

BLACKMORE *v.* THE SAME.

LANDER *v.* THE SAME.

KING *v.* THE SAME.

ERELEIGH *v.* THE SAME.

BOGARD *v.* THE SAME.

SMITH *v.* THE SAME.

*Saturday,*
*June 9.*

APPEALS from the *Greene* Circuit Court.

*Per Curiam.*—These cases are similar to the case of *O'Donald* against the same appellees (1).

The judgments are affirmed with 3 per cent. damages and costs.

*J. N. Evans,* for the appellants.

(1) *Ante,* 259.